Kathryn N. Nester, Federal Public Defender (#13967)
Adam G. Bridge, Assistant Federal Public Defender (#14552)
OFFICE OF THE FEDERAL PUBLIC DEFENDER–DISTRICT OF UTAH
46 W. Broadway, Ste. 110
Salt Lake City, UT 84101
Phone: (801) 524-4010 │ Fax: (801) 524-4060
Email: adam_bridge@fd.org

UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>ROBERT S. STARK,<br><br>            Defendant. | DEFENDANT'S POSITION WITH RESPECT TO SENTENCING FACTORS<br><br>Case No. 2:14-CR-012-CW |

The Defendant, Robert S. Stark, through counsel, pursuant to DUCrimR 32-1(b), submits the following statement with respect to the Presentence Investigation Report ("PSR"):

1. Mr. Stark, through counsel, has conferred in good faith with the government and the assigned probation officer regarding his objections to the PSR. The PSR and the Addendum reflect those efforts.

2. After further consideration, Mr. Stark withdraws his objections to the computer enhancement at paragraph 17 and the pattern of activity enhancement at paragraph 25.

3. Mr. Stark has no other objections to the information, sentencing classifications, guideline range or policy statements in the PSR.

Dated this 21st day of January, 2015.

Respectfully Submitted:
ROBERT S. STARK

By: */s/ Adam G. Bridge*
Adam G. Bridge
Assistant Federal Public Defender